**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00009-CR**
_____

**A'BRAVION HOLTS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 17-27602**

**MEMORANDUM OPINION**

A'bravion Holts[1] has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by Holts personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

---

[1] Appellant is also known as Abravion Javon Holts and A'bravion Javon Holts.

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on July 23, 2019
Opinion Delivered July 24, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

2